EXHIBIT A

MONROE COUNTY CLERK'S OFFICE			THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

|  |  |
|---|---|
|  | Receipt # 2628538 |
|  | Book    Page    CIVIL |
| Return To: | No. Pages: 2 |
| LINDYSUE KORN | Instrument: EFILING INDEX NUMBER |
|  | Control #:      202102160291 |
|  | Index #:      E2021001350 |
|  | Date: 02/16/2021 |
| ABRANTES, MATTHEW | Time: 9:23:22 AM |

AVANTOR VWR INTERNATIONAL LLC WARDS SCIENCE

| State Fee Index Number | $165.00 |  |
|---|---|---|
| County Fee Index Number | $26.00 |  |
| State Fee Cultural Education | $14.25 |  |
| State Fee Records Management | $4.75 | Employee: MJ |
|  |  |  |
| Total Fees Paid: | $210.00 |  |

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS ENDORSEMENT, REQUIRED BY SECTION 317-a(5) & SECTION 319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE
-----------------------------------------------------------------X
MATTHEW ABRANTES,

                                                     Index No. _____

                             *Plaintiff*,

    v.                                                    **SUMMONS**

AVANTOR, VWR, INTERNATIONAL, LLC,
WARD'S SCIENCE

                             *Defendants.*
-----------------------------------------------------------------X

       To:    AVANTOR
                 5100 West Henrietta Road
                 West Henrietta, New York 14856.

       You are hereby summoned and required to serve upon Plaintiff's attorney an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

       The basis of the venue designated is Erie County, New York, as it is the residence of the Plaintiff.

       Venue is also designated as Erie County, New York, as the Defendants are located in Erie County, New York and the acts and omissions giving rise to this claim occurred in Erie County, New York.

Dated: February 12, 2021
         Buffalo, New York

                                                  By:  *[signature: Lindy Korn]*
                                                          _Lindy Korn, Esq.
                                                           Law Office of Lindy Korn
                                                           535 Washington St., Ninth Floor
                                                           Buffalo, New York 14203
                                                           716-856-5676
                                                           E-mail: lkorn@lkorn-law.com

MONROE COUNTY CLERK'S OFFICE

THIS IS NOT A BILL. THIS IS YOUR RECEIPT.

Receipt # 2628543

Book    Page    CIVIL

Return To:
LINDYSUE KORN

No. Pages: 8

Instrument: COMPLAINT

Control #:        202102160296
Index #:          E2021001350

Date: 02/16/2021

ABRANTES, MATTHEW

Time: 9:24:38 AM

AVANTOR VWR INTERNATIONAL LLC WARDS SCIENCE

Total Fees Paid:                              $0.00

Employee:

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS ENDORSEMENT, REQUIRED BY SECTION 317-a(5) & SECTION 319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

JAMIE ROMEO

MONROE COUNTY CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE
------------------------------------------------------------------X
MATTHEW ABRANTES,

                *Plaintiff,*

    --against--

              **VERIFIED COMPLAINT**

              Index No. _____

AVANTOR, VWR INTERNATIONAL, LLC,
WARD'S SCIENCE,

                *Defendants*,
------------------------------------------------------------------X

Plaintiff, MATTHEW ABRANTES, by and through his attorneys, THE LAW OFFICE OF LINDY KORN, PLLC, hereby complains of the Defendants, AVANTOR, VWR INTERNATIONAL, LLC, WARD'S SCIENCE, upon information and belief, as follows:

## NATURE OF THE CLAIMS

1. Mr. Abrantes seeks the appropriate remedies and damages for discriminatory treatment based on national origin status and sex/gender, sexual stereotyping, and retaliation for opposing discrimination, in violation of the New York State Human Rights Law (Executive Law, Article 15), § 296.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to New York Civil Practice Law and New York Executive Law, Article 15, § 298, 29 U.S.C. §§ 2617(a)(2), 29 U.S.C. § 216(b), and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court based upon Mr. Abrantes's residency within the County of Erie, Defendants have an office location or residence in the County of Monroe, and a substantial part of the acts or omissions giving rise to Mr. Abrantes's claims occurred in the County of Monroe.

## PARTIES

4. At all times, Plaintiff, Matthew Abrantes ("Mr. Abrantes") is a resident of the State of New York, County of Erie.

5. Mr. Abrantes is a male and engaged in a protected activity on August 8, 2019 when he complained of employment discrimination.

6. At all relevant times, Defendant AVANTOR is located at 5100 West Henrietta Road., West Henrietta, New York 14856.

7. Defendant ANTOR has at least fifty (50) employees.

8. During Mr. Abrantes's time with Defendant, Defendant illegally harassed Mr. Abrantes, treated Mr. Abrantes differently because of his sex, gave Mr. Abrantes different or worse job duties than other co-workers in the same title, and terminated Mr. Abrantes in retaliation.

9. Defendant treated Mr. Abrantes in this disparate and illegal manner, despite Mr. Abrantes having positive performance evaluations over his time employed he was terminated for no other reason than with retaliatory animus.

## MATERIAL FACTS

10. On April 15, 2019, Defendants hired Mr. Abrantes as a Production Supervisor Kitting Assembly.

11. Plaintiff was terminated on August 16, 2019.

12. Plaintiff is Native American as his father, grandfather, and great grandmother are or were active tribal members.

13. Plaintiff's date of birth is 06/12/1985.

14. Plaintiff's yearly salary was $70,000 in his position at for Defendant.

15. During Plaintiff's employment his direct supervisor was Chris Fink, Operations Manager, and Rick Bussey, Director of Operations. At all relevant times, Eugene G. (aka EJ) [last name unknown] was Director of Human Resources.

16. No formal performance evaluations were conducted during Plaintiff's employment with Defendant, but was given many verbal remarks of his positive performance including but not limited to; Rick Bussey and Matt Halderman.

17. On August 8, 2019, a drawing was posted in the men's bathroom, with the writing "Fat Matt A." (See Exhibit A)

18. Plaintiff reported the discriminatory graffiti by text message including the picture on his work cell phone to Jeremiah Sand, Warehouse Supervisor, and Chris Fink, Operations Manager the same day, August 8, 2019.

19. Upon information and belief, no investigation was conducted by Defendant.

20. Witnesses to this drawing who notified Plaintiff of its existence included: Chris Fink, Rick Bussey, Jeremiah Sands, Cyd Vargos, Victor Bond. Many other colleagues and subordinates saw the demeaning, offensive, and humiliating image.

21. Rick Bussey informed Plaintiff that Avantor was setting up Avantor Business System training in the Fall of 2019 and it would be Plaintiff's first introduction of Sci-Ed. (See Exhibit B)

22. On or about July 20, 2019, Plaintiff made a statement to oppose discrimination based on race, on behalf of a temporary employee, Sheryl [last name unknown]. Sheryl made claims of racial discrimination against her team leader.

23. On August 16, 2019, Plaintiff was brought into a meeting in the conference room with Chris Fink and EJ, Human Resource Director, and was terminated.

24. Plaintiff was accused of sexual harassment at the time of termination. When asked for an opportunity to defend against the claims of sexual harassment, the Plaintiff was told "no". When asked to know details of the claim, the Plaintiff was told "no".

25. Upon information and belief, no investigation was conducted into the alleged complaints against Plaintiff as he was not made aware until his termination. Furthermore, at no time was formal training provided by the Defendant against said claims.

26. The Plaintiff was terminated on Aug.16, 2019. On Aug. 23, 2019, a letter was received where the Defendant had changed their single verbal claim against the Plaintiff to multiple claims for termination of the Plaintiff. All of which, were never mentioned prior to termination. (See Exhibit C)

27. Defendant established with their pattern and practice disparate treatment towards Plaintiff.

28. Nicole [last name unknown], Team Leader of Curie MOD, chased a subordinate of hers across the production floor, screaming at him and threatened bodily harm. I recommended termination, however, Defendant choice to issue a written warning.

29. Darryl [last name unknown], Table Second for Newton, admitted to sexual harassment of one of his table mates, and was given a written warning. He was later terminated as complaints continued to be made.

## FIRST CAUSE OF ACTION
Race discrimination in Violation of New York State Human Rights Law
(Executive Law, Article 15), § 296(1)

30. Mr. Abrantes repeats each and every allegation set forth herein in the preceding paragraphs as though fully set forth herein.

31. Defendants' actions were willful and not done in good faith.

32. As a result of Defendants' conduct, Mr. Abrantes suffered great emotional harm.

33. Mr. Abrantes is, therefore, entitled to relief including but not limited to liquidated damages on equitable and injunctive relief, an award of compensatory damages, expenses, and attorneys' fees and costs in an amount to be determined at trial.

## SECOND CAUSE OF ACTION
Retaliation for Opposing Discrimination in Violation of New York State Human Rights Law
(Executive Law, Article 15), § 296(1)

34. Mr. Abrantes repeats each and every allegation set forth herein in the preceding paragraphs as though fully set forth herein.

35. Defendants' actions were willful and not done in good faith.

36. As a result of Defendants' conduct, Mr. Abrantes suffered great emotional harm.

37. Mr. Abrantes is, therefore, entitled to relief including but not limited to liquidated damages on equitable and injunctive relief, an award of compensatory damages, expenses, and attorneys' fees and costs in an amount to be determined at trial.

## INJURY AND DAMAGES

38. As a result of the acts and conduct complained herein, Mr. Abrantes suffered future pecuniary losses, emotional pain, suffering, inconvenience, and injury to his reputation, loss of enjoyment of life, and other non-pecuniary losses. Mr. Abrantes has further experienced severe emotional

and physical distress from being illegally discriminated against because of race, and retaliation for opposing discrimination, as herein described.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Abrantes respectfully requests a judgment against the Defendants:

a. Declaring that the Defendants engaged in unlawful employment practices prohibited by the New York Executive Law Mr. Abrantes;

b. Awarding Mr. Abrantes compensatory damages for mental, emotional and physical injury, distress, pain and suffering, and injury to his reputation in an amount to be proven;

c. Awarding Mr. Abrantes punitive damages;

d. Awarding Mr. Abrantes attorney's fees, costs, and expenses incurred in the prosecution of this action;

e. Awarding Mr. Abrantes such other and further relief that this Court may deem equitable, just and proper to remedy the Defendant's unlawful employment practices.

WHEREFORE, Mr. Abrantes demands judgment against Defendants, jointly and severally in an amount to be determined at trial plus interest, punitive damages, attorney's fees, costs, and disbursement of action, and for other such relief as this Court deems just and proper.

Dated: February ___, 2021
      Buffalo, New York

                                              _____
                                              Lindy Korn, Esq.
                                              LAW OFFICE OF LINDY KORN, PLLC
                                              535 Washington Street, Ninth Floor
                                              Buffalo, New York 14203
                                              716-856-5676
                                              lkorn@lkorn-law.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE
-------------------------------------------------------------------X
MATTHEW ABRANTES,

                             *Plaintiff,*

       --against--

AVANTOR, VWR INTERNATIONAL, LLC,
WARD'S SCIENCE,

                            *Defendants*,
-------------------------------------------------------------------X

**VERIFICATION**

       MATTHEW ABRANTES, under penalty of perjury, deposes and says:

       I have read the attached *Verified Complaint* captioned in this matter and find it to be true to my knowledge, except as to matters alleged upon information and belief, which I believe to be true.

                                                                                                         _____
                                                                                                         MATTHEW ABRANTES

Sworn before me on this ____ day of _____, 2021

_____
Notary Public